IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUNFEI ZHAI,

    Plaintiff,

v.

JANET NAPOLITANO, et al.,

    Defendants.

No. C 09-05824 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On December 11, 2009, a the Court issued a procedural order for immigration mandamus cases. Defendants were ordered to serve and file an answer within 60 days of receipt of service of the summons and complaint. However, there is no indication that Defendants have ever been served with the summons and complaint.

Therefore, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE as to why his case should not be dismissed for failure to prosecute. Plaintiff is ORDERED to file a written response by no later than May 6, 2010. Failure to respond to this Order shall result in dismissal of this matter without prejudice. If Plaintiff has already served the summons and complaint on Defendant, Plaintiff shall file a proof of service by no later than April 29, 2010.

**IT IS SO ORDERED.**

Dated: April 22, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE