1   **Anders L. Johnson**
    **Law Offices of Vaughan de Kirby**
2   **5139 Geary Blvd**
    **San Francisco, CA 94118**
3   **Tel:   415-221-2800**
    **Fax:   415-221-2860**
4
    Attorneys for Plaintiff Yunfei ZHAI
5
                    **IN THE UNITED STATES DISTRICT COURT**
6                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

7   YUNFEI ZHAI,                              )
                                              )
8                        Plaintiffs,          )   **Civil Action No.  CV 09 5824 JSW**
                                              )
9   vs.                                       )
                                              )
10  JANET NAPOLITANO, Secretary,              )
    Department of Homeland Security;          )
11  JOSEPH E. LANGLOIS, Chief Asylum          )
    Division, U.S. Citizenship &              )
12  Immigration Services; EMILIA BARDINI,     )
    Asylum Office Director, U.S. Citizenship &)
13  Immigration Services,                     )
                                              )
14                       Defendants.          )

15

16              **MOTION TO DISMISS AND ~~PROPOSED~~ ORDER**

17  **To the Honorable Judge Jeffrey S. White:**

18       Plaintiff, by and through their attorney of record, hereby

19  requests the dismissal of the above entitled action with prejudice in

20

21

22

23

24

light of the fact that the relief sought in Plaintiffs' petition has

been received.

Respectfully submitted.

Date:


By:_____/s/_____
        Anders L. Johnson, Esq

**CERTIFICATE OF SERVICE**

I, Anders L. Johnson, state that on June 17, 2009, I served the Plaintiff's Motion to

Dismiss on the persons listed below addressed as follows

Janet Napolitano, Secretary
Department of Homeland Security
935 Pennsylvania Ave. NW
Washington, DC 20535-0001

Emilia Bardini
USCIS Asylum Office
PO Box 77530
San Francisco, CA 94107

Joseph E. Langlois
Chief Asylum Division
USCIS
20 Massachusetts Avenue, NW., Suite 3300
Washington, DC 20529.


I declare under penalty of perjury that the foregoing information is true and correct.

Date:


By:_____
        Anders Johnson

MOTION TO DISMISS                                2

**CV 09-5824 JSW**

1

**ORDER**

2

Pursuant to the motion, IT IS SO ORDERED.  The case is DISMISSED.

3

4

Date: June 14, 2010

5

_____

6

**Jeffrey S. White**
United States District
Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MOTION TO DISMISS                              3

**CV 09-5824 JSW**